

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                     01-13-00980-CR

Style:                     Reynaldo Espinoza

                     **v.** The State of Texas

Date motion filed[*]:                     March 13, 2014

Type of motion:                     Motion for extension of time to file the court reporter's record

Party filing motion:                     Appellant

Document to be filed:                     Reporter's record (Volume 4)

Is appeal accelerated?          No

If motion to extend time:
          Original due date:                     November 12, 2013
          Number of previous extensions granted:          1          Current Due date:  February 10, 2014
          Date Requested:                     April 12, 2014

Ordered that motion is:

     ☑          Granted

               If document is to be filed, document due: **March 15, 2014**

               ☑          **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

     ☐          Denied

     ☐          Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐          Other: _____

      Volumes 1, 2, 3, and 5 of the reporter's record were filed on February 10, 2014. Volume 4 was filed with the
      Clerk of this Court on March 15, 2014.

      _____

      _____

      _____

      _____

Judge's signature:   /s/ Justice Jim Sharp
               ☑     Acting individually          ☐     Acting for the Court

Panel consists of      _____

Date:  March 20, 2014

November 7, 2008 Revision